# United States District Court

### EASTERN DISTRICT OF MISSOURI

FILED
FEB 5 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

V.

LOWELL AUGHENBAUGH

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:10 MJ 7026 MLM

**FILED UNDER SEAL**

I, Lissa Jordan, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about December 31, 2009 to on or about January 3, 2010, in Phelps County, Missouri, in the Eastern District of Missouri, defendant(s) did,

knowingly transmit in interstate commerce a communication containing a threat to injure another person

in violation of Title 18, United States Code, Section 875(c); and

and unlawfully possessed or distributed a machine gun and a destructive device

in violation of Title 18, United States Code, Section 922.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**    **X** Yes    No_ **No**

Sworn to before me, and subscribed in my presence

Signature of Complainant
Lissa Jordan
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

February 5, 2010
Date

at    St. Louis, Missouri
City and State

Mary Ann L. Medler
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer